United States District Court
Southern District of Texas
FILED

OCT 14 2005

Michael N Milby Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-05-807 |
| | § | |
| GILBERTO AGUILAR-ROSALES | § | |

### ORDER

On this date came to be considered the Government's Motion to Release the Material Witnesses in the above styled Indictment. It is therefore,

ORDERED, ADJUDGED, and DECREED that the following material witnesses be released:

> Federico Fuentes-Espinal
> Danny Guillermo Betanco-Castelon
> David Alexander Figueroa-Umana
> Alirio Alfonso

It is further ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal.

Signed at McAllen, Texas this the ____ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

McALLEN, TX

2005 OCT 14 P 2:17

UNITED STATES MARSHAL
RECEIVED